# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, New Jersey 07102-3017   Tel: (973) 624-0800   Fax: (973) 624-0808

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Limited Liability Partnership of NY
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

| | | | |
|---|---|---|---|
| JAMES CRAWFORD ORR | BRIAN J. WHITEMAN | ELIZABETH R. CHARTERS | ROBERT W. DARISH |
| WILLIAM J. RUNA | SUSAN KARLOVICH | SUNA LEE | JOHN J. SHOTTER |
| THOMAS F. QUINN | MATTHEW S. MAHONEY | JOAN H. LANGER | PETER A. SWIFT |
| BRIAN W. McALINDIN | KEVIN C. DONOVAN | JOANNA PIOREK | JOSEPH P. RINDONE |
| BARBARA HOPKINSON KELLY | JAMES S. REHBERGER | KURT H. DZUGAY | ADAM J. KIPNIS |
| CAROLYN F. O'CONNOR | JOSEPH T. HANLON | GINA CALABRIA | ERIC T. EVANS |
| JANE ANDREWS | ROBERT LESKO | MICHAEL T. HENSLEY | GREGORY T. FOOTE |
| KENNETH M. BROWN | RENEE J. SHERMAN | KEITH A. LOUGHLIN | JULIE VON BEVERN |
| WILLIAM P. KRAUSS | ROBERT T. GUNNING | JOHN W. WILLIAMS | MICHAEL L. TRUCILLO |
| MICHAEL J. NAUGHTON | GREGG S. KAHN | CHRISTOPHER W. McCLANAHAN | MATHEW BRODERICK |
| MARTIN J. SULLIVAN | | SHAUN S. McGREGOR | LAUREN M. IPPOLITO |
| JOSEPH A. GALLO | OF COUNSEL | TIMOTHY COUGHLAN | BRUCE W. MCCOY JR. |
| ROBERT A. BERNS | TINA A. JORDAN | KIM M. CONNOR | MICHAEL L. SOLOMON |
| KURT W. KRAUSS | ROBERT C. NEFF, JR. | ADAM S PICINICH | RENEE D. PACCIONE |
| KELLY A. WATERS | JOHN P. O'TOOLE | | |
| COLIN P. HACKETT | | | |

www.wilsonelser.com

KEITH G. VON GLAHN (1952-2007)

April 24, 2008

<u>*Via Electronic Filing System*</u>
Honorable Peter G. Sheridan, U.S.D.J.
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        Re:    Santillan v. Morgan Funding Corp., et al.
              Docket No.: 2:08-cv-00408-PGS-ES
              Our File No.: 01224.00554

Dear Judge Sheridan:

      Please be advised that we represent Defendants David Bressler, Esq, Marc Bressler, Esq., Lee Shapiro and Bressler & Duyk Law Firm in the above referenced matter.

      Please be advised that we have filed a Motion to Dismiss certain claims asserted against our clients, this motion is currently pending before the Court. We submit this letter pursuant to R.7.1 requesting an extension of time for which to file our reply brief. We have obtained Plaintiff's consent for our request. Accordingly, we request Your Honor's permission to extend the time for us to file our reply papers until Friday, May 2, 2008.

      Your Honor's courteous attention to this matter is very much appreciated.

              Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

              */s/ Joanna Piorek*
              Joanna Piorek

JP/cz
cc:    All Counsel (via electronic filing)

SO ORDERED: [signature]
DATED: 4/24/08

724650.1