# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

(973) 645-2580

**CHAMBERS OF**
**PETER G. SHERIDAN**
**JUDGE**

**MARTIN LUTHER KING, JR.**
**COURTHOUSE**
**P.O. BOX 999**
**NEWARK, NEW JERSEY 07101-0999**

### LETTER ORDER

May 28, 2008

RE:     Santillan v. Morgan Funding Corp., et al
          Civil Action No: 08-408 (PGS)
          SETTLEMENT CONFERENCE
          Date: July 18, 2008 - 9:30 a.m.

To All Parties:

     Please be advised that the Court will conduct a case management/settlement conference in my chambers on the said date and time. The conference shall be attended by counsel having full authority to speak for the party. The plaintiff shall attend the conference.

     Counsel for each party shall submit a letter memorandum no later than 1 week prior to the conference which includes a brief statement of the facts, the legal basis for the party's claims or defenses, and the status of discovery. The memorandum shall also include the party's settlement position. Since there are multiple plaintiffs, the document should address damages for each plaintiff separately. The letter memorandum may be submitted ex parte in order to maintain the confidentiality of the settlement positions; and therefore should not be filed with the Clerk.

     This shall not affect any schedule which has been set by order of the Magistrate Judge.

     Thank you for your attention to this matter.

Peter G. Sheridan
United States District Judge